**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2903 Disciplinary Docket No. 3 |
| | : | |
| CHRISTOPHER M. MANGANELLO | : | No. 103 DB 2022 |
| A/K/A CHRISTOPHER MICHAEL | : | |
| MANGANELLO | : | (Supreme Court of New Jersey, Nos. D- |
| | : | 81 and D-90 September Term 2020) |
| | : | |
| | : | Attorney Registration No. 82728 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Christopher M. Manganello, a/k/a Christopher Michael Manganello, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of six months and for a separate period of one year, to be served consecutive to the aforementioned six-month suspension, consistent with the Orders of the Supreme Court of New Jersey. He shall also comply with all the provisions of Pa.R.D.E. 217.